IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>v.<br><br>CRYPTOCURRENCIES SEIZED FROM THE VIRTUAL CURRENCY WALLETS BEGINNING WITH "0X206F," "0X6DB6," "0X252D," "BC1QLELM," AND "0X6FBE" HELD BY "DANIIL SHCHUKIN" WITH AN APPROXIMATE VALUE OF $317,251.94 IN DECEMBER 2022<br><br>  *Defendant in Rem.* | NO.  3:23-CV-411-S |

## UNITED STATES' REQUEST TO CLERK
## TO ISSUE WARRANT FOR ARREST OF PROPERTY IN REM

Pursuant to Rule G(3)(b)(i) 55(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, the United States of America asks the Clerk of the Court to issue the enclosed warrant of arrest in rem for the *defendant in rem*, that is, the "Cryptocurrencies Seized from the Virtual Currency Wallets Beginning with '0x206f,' '0x6db6,' '0x252d,' 'Bc1qlelm,' and '0x6fbe' Held by 'Daniil Shchukin' with an Approximate Value Of $317,251.94 in December 2022" which is already in the custody, possession, and control of the United States.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Tiffany.Eggers@usdoj.gov
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, I filed this document with the Clerk of Court for the U.S. District Court, Northern District of Texas, via the ECF system.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney