# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0411-S |
| CRYPTOCURRENCIES | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. However, Claimant Daniil Shchukin filed the Opposed Motion to Extend Time to File Answer and Claim ("Motion to Extend") [ECF No. 22]. Having considered the Motion to Extend and Plaintiff United States of America's Response in Opposition to the Motion to Extend ("Response") [ECF No. 24], the Court **DENIES** the Motion to Extend. For the reasons set forth in the Response, the Court concludes that Claimant has not established that good cause exists to extend the deadline to file an answer and claim.

The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 10, 2026.

_____
**UNITED STATES DISTRICT JUDGE**